UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED

09 SEP -1 AM 9: 48

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

IN RE:

RAYMOND L BENSON
JOSEPHINE A BENSON
Debtor(s)

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

CASE NO. BKY 04-43066 RJK

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to US Bank in the amount of $1,195.91, were unclaimed.

CREDITOR:
US Bank
C/O Mark Pitzele P.A.
5217 Wayzata Blvd. Suite 206
St Louis Park, MN 55416

CLAIM NUMBER:
6

AMOUNT:
$1,195.91

ACCOUNT NUMBER:
xxx-xx-4030

**Jasmine Z. Keller, Trustee**

Dated: August 31, 2009

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

**JASMINE Z. KELLER**
**STANDING CHAPTER 13 TRUSTEE**
District of Minnesota
12 South 6th Street
Suite 310
Minneapolis, MN 55402
Phone (612) 338-7591 Fax (612) 338-4529

August 31, 2009

U.S. BANKRUPTCY COURT
301 U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415-


Re: RAYMOND L BENSON
    JOSEPHINE A BENSON

BKY: 04-43066 RJK

Dear U.S. BANKRUPTCY COURT,

Enclosed herewith please find the Chapter 13 Trustee's check in the sum of $1,195.91 representing payments to US Bank C/O Mark Pitzele according to the Chapter 13 plan. These payments were returned by the U.S. post office with the notation: Forwarding order has expires; moved, no forwarding order on file; or addressee unknown. We have looked in the local telephone books, called the creditor at their last known telephone number and looked on the internet for a current address. Further efforts by this office have not produced a current address. Accordingly, will you please deposit these funds with the Clerk's Registry Fund.

Thank you.


Very truly yours,


/s/ Jody Jayson
Jody Jayson
Closing Clerk